# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CHARLES KEVIN LEE,

    Plaintiff,

v.                                                         CASE NO. 5:08cv211-RH/MD

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER AFFIRMING DENIAL OF BENEFITS

This case is before the court on the magistrate judge's report and recommendation (document 22).  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The Commissioner's decision denying the plaintiff's application for disability benefits is AFFIRMED.  The clerk must enter judgment and close the file.

SO ORDERED on May 20, 2009.

                                                 s/Robert L. Hinkle
                                                 Chief United States District Judge